IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEDRIC JAMAR DEAN, ) <br> #197053, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.   ) <br> ) <br> MICHAEL BRYAN, CHRIS ) <br> JUNEAU, JAMES ISLER, ) <br> DAVID GRICE, CITY OF ) <br> OZARK POLICE ) <br> DEPARTMENT, MARLOUS ) <br> WALKER, KIRKE ADAMS, and ) <br> DAVID C. EMERY, ) <br> ) <br> Defendants. ) | CASE NO. 1:16-CV-92-WKW <br> [WO] |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 17.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

2. Plaintiff's § 1983 claims against Defendants Kirke Adams, David C. Emery, and the City of Ozark Police Department are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

3. Plaintiff's § 1983 conspiracy claim is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

4. Defendants Adams, Emery, and the City of Ozark Police Department are DISMISSED as parties to this action; and

5. This case is REFERRED to the Magistrate Judge for further proceedings.

DONE this 22nd day of March, 2017.

                                                      /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE